IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | | |
|---|---|---|
| ISIAH ANDREW ROTEN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2: 21-cv-0323 |
| | ) | |
| v. | ) | Chief United States Magistrate Judge |
| | ) | Cynthia Reed Eddy |
| REV. ULRICH "ULLI" KLEMM, Administrator for Religion Volunteer, and Recreational Program Services at Central Office; MARK CAPOZZA, Facility Manager at SCI FAYETTE; PAUL AURANDT, Special Management Unit Manager at SCI Fayette; FRANK LEWIS, Facility Chaplaincy Programs Director at SCI Fayette; DEBRA HAWKINBERRY, Corrections Community Programs Manager at SCI Fayette; and JOSEPH TREMPUS, Major of the Guards at SCI Fayette, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

**AND NOW,** this 9th day of June, 2022, for the reasons set forth in the accompanying Memorandum Opinion, Defendants' motion to dismiss is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Defendants' request to have all claims for injunctive and declaratory relief against the Defendants working at SCI-Fayette dismissed is **GRANTED** as such claims are moot because Plaintiff has been transferred from SCI-Fayette; and

2. In all other respects, Defendants' motion is **DENIED**.

Defendants are ordered to file an Answer in accordance with Federal Rule of Civil Procedure 12(a)(4)(A).

Dated:  June 9, 2022					s/ Cynthia Reed Eddy
							Cynthia Reed Eddy
							Chief United States Magistrate Judge

cc:	ISIAH ANDREW ROTEN
	MH 9309
	169 PROGRESS DRIVE
	WAYNESBURG, PA 15370
	(via U.S. First Class Mail)

	Abby N. Trovinger
	Pennsylvania Office of General Counsel
	(via ECF Electronic Notification)